JANUARY 15, 1971

No. ——. HARRIS v. TEXAS. Ct. Crim. App. Tex. Motion of the State of Texas to terminate petitioner's stay of execution denied. Motion of petitioner that the Court consider his motion for stay of execution as a petition for writ of certiorari granted and case placed on docket as No. 6458.

JANUARY 18, 1971

No. 5912. RAMOS ET AL. v. MONTGOMERY, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE OF CALIFORNIA, ET AL. Affirmed on appeal from D. C. S. D. Cal. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 5993. CONNER ET AL. v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 843. LUZAITIS ET AL. v. MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 5745. BATES v. CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.